IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TAMI S. MORROW, HEATH S. JAMES, AND SANDRA K. FULLER, and TONIA ROYSE | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| v. | § § | 4:11-CV-00683-Y |
| OKLAHOMA INVESTIGATIVE GROUP, INC., an Oklahoma Corporation, dba TRICORPS SECURITY, | § § § § | |
| Defendant. | § | |

## AGREED MOTION TO APPROVE SETTLEMENT AND DISMISS CASE

COME NOW Plaintiffs and Defendant, by and though their attorneys and pursuant to a settlement agreement reached by all the parties, and hereby request the court to approve the settlement and to dismiss the above-captioned matter with prejudice and with costs to be paid by the party incurring them.

Plaintiffs affirmatively represent to the court that the amounts to be paid in settlement include the full amount of alleged unpaid overtime for a two (2) year period preceding each Plaintiff's entry into this suit, plus an additional equal amount representing liquidated damages, plus an additional amount as attorneys' fees. The parties ask that the court find that settlement on these terms reflects a fair and reasonable resolution of a bona fide dispute over the provisions of the Fair Labor Standards Act.

WHEREFORE, the parties respectfully pray this honorable court enter a Final Judgment approving the settlement and dismissing this matter in its entirety with prejudice and with costs to be paid by the party incurring them.

Agreed Motion to Approve Settlement and Dismiss Case                                                                    Page 2

        Respectfully submitted,

        /s/Douglas R. Johnson___
        Douglas R. Johnson, Attorney at Law
        State Bar No. 24010786

        99 Trophy Club Drive
        Trophy Club, TX 76262
        Telephone (817) 742-8774
        Telecopy   (682) 224-8932
        email djohnson@drjlaw.com

        **ATTORNEY FOR PLAINTIFFS**

        /s/ Kent Smith_____
        Kent R. Smith
        Texas Bar No. 18635430
        email: smith@laborcounsel.net

        LYNN ROSS SMITH, & GANNAWAY, LLP
        306 West Broadway Avenue
        Fort Worth, Texas 76104
        Telephone     (817) 332-8517
        Telecopier    (817) 332-8548

        **ATTORNEY FOR DEFENDANT**